# EXHIBIT A

Steven L. Rothman, Esquire
NJ Attorney ID: 003981985
**LIPMAN, ANTONELLI, BATT,
GILSON, ROTHMAN & CAPASSO**
110 N. Sixth Street, P.O. Box 729
Vineland, New Jersey 08362-0729
(856) 692-8000
Attorneys for Plaintiff(s), ROBERT J. MILLER, SR.

| | |
|---|---|
| Plaintiff(s), : | SUPERIOR COURT OF NEW JERSEY |
| ROBERT J. MILLER, SR. : | LAW DIVISION |
| : | CUMBERLAND COUNTY |
| vs. : | |
| : | DOCKET NO. CUM-L-483-17 |
| Defendant(s), : | |
| JUAN BARROSO and JOHN BARROSO TRUCKING and/or : | CIVIL ACTION |
| JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious : | |
| names) and/or RICHARD ROE, C&D PARTNERSHIP or RST : | |
| CORP. (fictitious names) and/or PETER POE, E&F : | **SUMMONS** |
| PARTNERSHIP or ABC CORP. (fictitious names) : | |

The State of New Jersey,
to the Above Named Defendant:    Juan Barroso

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense. If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

s/Michelle Smith
Clerk of the Superior Court

DATED: July 14, 2017

Name of defendant to be served:    Juan Barroso
Address for service:                            219 Monaco Road
                                                         Melbourne  FL  32904

Steven L. Rothman, Esquire
NJ Attorney ID: 003981985
**LIPMAN, ANTONELLI, BATT,
GILSON, ROTHMAN & CAPASSO**
110 N. Sixth Street, P.O. Box 729
Vineland, New Jersey 08362-0729
(856) 692-8000
Attorneys for Plaintiff(s), ROBERT J. MILLER, SR.

| | |
|---|---|
| Plaintiff(s),<br>ROBERT J. MILLER, SR.<br><br>vs.<br><br>Defendant(s),<br>JUAN BARROSO and JOHN BARROSO TRUCKING and/or JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious names) and/or RICHARD ROE, C&D PARTNERSHIP or RST CORP. (fictitious names) and/or PETER POE, E&F PARTNERSHIP or ABC CORP. (fictitious names) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>CUMBERLAND COUNTY<br><br>DOCKET NO. CUM-L-483-17<br><br>CIVIL ACTION<br><br>**SUMMONS** |

The State of New Jersey,
to the Above Named Defendant:   Juan Barroso Trucking

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense. .If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                                                                             s/Michelle Smith
                                                                             Clerk of the Superior Court

DATED: July 14, 2017

Name of defendant to be served:    Juan Barroso Trucking
Address for service:                          1781 Pocosin Road
                                                 Winterville, NC   28590

```
CUMBERLAND COUNTY SUPERIOR COURT
CIVIL CASE MANAGEMENT
60 W BROAD ST
BRIDGETON        NJ 08302
                                         TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (856) 453-4330
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:   JULY 06, 2017
                        RE:     MILLER VS BARROSO ETAL
                        DOCKET: CUM L -000483 17

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON -TO BE ASSIGNED-

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     102
AT:  (856) 453-4343.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                                    ATT: STEVEN L. ROTHMAN
                                    LIPMAN ANTONELLI BATT ET AL
                                    P O BOX 729
                                    110 N SIXTH ST
                                    VINELAND        NJ 08362-0729

JUHGRI0
```

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)



Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.:
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| | | |
|---|---|---|
| ATTORNEY / PRO SE NAME: STEVEN L. ROTHMAN | TELEPHONE NUMBER: (856) 692-8000 | COUNTY OF VENUE: Cumberland |
| FIRM NAME (if applicable): LIPMAN ANTONELLI BATT GILSON ROTHMAN & CAPASSO | | DOCKET NUMBER (when available): Cum-L-483-17 |
| OFFICE ADDRESS: 110 N. SIXTH STREET, PO BOX 729, VINELAND, NJ 08362 | | DOCUMENT TYPE: COMPLAINT |
| | | JURY DEMAND ☒ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| PLAINTIFF, ROBERT J. MILLER, SR. | ROBERT J. MILLER, SR. vs. JUAN BARROSO and JOHN BARROSO TRUCKING and/or JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious names) and/or RICHARD ROE, C&D PARTNERSHIP or RST |

| CASE TYPE NUMBER (See reverse side for listing): 603N | HURRICANE SANDY RELATED? ☐ YES ☒ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING? ☐ YES ☒ NO | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☒ YES ☐ NO | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known): CANAL ☐ NONE ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ☒ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL ☐ FRIEND/NEIGHBOR ☐ BUSINESS ☐ OTHER (explain) |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☒ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: /s/

Effective 06/05/2017, CN 10517

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 299 OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300 TALC-BASED BODY POWDERS
- 601 ASBESTOS
- 623 PROPECIA
- 624 STRYKER LFIT CoCr V40 FEMORAL HEADS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category   ☐ Putative Class Action   ☐ Title 59

SUPERIOR COURT OF N.J.
CUMBERLAND COUNTY
LAW DIVISION

JUL 0 5 2017

REC'D & FILED
CIVIL CASE
MANAGEMENT OFFICE

Steven L. Rothman, Esquire
NJ Attorney ID: 003981985
**LIPMAN, ANTONELLI, BATT,
GILSON, ROTHMAN & CAPASSO**
110 N. Sixth Street, P.O. Box 729
Vineland, New Jersey 08362-0729
(856) 692-8000

Attorneys for Plaintiff(s), ROBERT J. MILLER, SR.

| | |
|---|---|
| Plaintiff(s), <br> ROBERT J. MILLER, SR. <br><br> vs. <br><br> Defendant(s), <br> JUAN BARROSO and JOHN BARROSO TRUCKING and/or JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious names) and/or RICHARD ROE, C&D PARTNERSHIP or RST CORP. (fictitious names) and/or PETER POE, E&F PARTNERSHIP or ABC CORP. (fictitious names) | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION <br> CUMBERLAND COUNTY <br><br> DOCKET NO. CUM L 483-17 <br><br> CIVIL ACTION <br><br> **COMPLAINT** <br><br> 603N - Auto Neg |

Plaintiff, ROBERT J. MILLER, SR., residing at 14 W. Deerfield Road, in the City of Bridgeton, County of Cumberland, and State of New Jersey by way of Complaint, say:

### FIRST COUNT

1. On or about the 10th day of November 2015, the plaintiff, ROBERT J. MILLER, SR., was operating a motor vehicle in a general southerly direction on County Road 553 (Buck Road), at or near its intersection with US 40, in the Township of Upper Pittsgrove, County of Salem and State of New Jersey.

2. At the same time and place, the defendant, JOHN BARROSO TRUCKING and/or JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious names), was the owner of a commercial motor vehicle being operated by its agent, servant or employee, defendant, JUAN BARROSO, which commercial motor vehicle was being operated in a general westerly

direction on US 40, at or near its intersection with County Road 553 (Buck Road), in the Township of Upper Pittsgrove, situate as aforesaid.

3. The defendant, JUAN BARROSO, did so carelessly, recklessly and negligently operate the commercial motor vehicle so as to cause the same to fail to stop at a clear and visible red traffic light and collide with vehicle being operated by plaintiff, ROBERT J. MILLER, SR.

4. As a direct and proximate result thereof, the plaintiff, ROBERT J. MILLER, SR., was thrown in and about his motor vehicle, sustained serious injuries of a temporary and permanent nature, suffered great pain and, in the future, will suffer great pain, incurred expenses for hospital and medical treatment and, in the future, will incur expenses for the same, was prevented from attending to his usual duties and employment and, in the future, will be prevented from attending to the same as a result of the injuries sustained.

WHEREFORE, plaintiff, ROBERT J. MILLER, SR., demands judgment on this Count against the defendant, JUAN BARROSO, for damages and costs of suit.

## SECOND COUNT

1. Paragraphs One and Two and of the First Count are hereby repeated and made Paragraphs One and Two of this Count.

3. The defendant, JOHN BARROSO TRUCKING and/or JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious names), by and through its agent, servant or employee, did so carelessly, recklessly and negligently operate motor vehicle so as to cause same to fail to stop at a clear and visible red traffic light and collide with vehicle being operated by plaintiff, ROBERT J. MILLER, SR.

LIPMAN, ANTONELLI, BATT, GILSON, ROTHMAN & CAPASSO
A PROFESSIONAL CORPORATION
VINELAND, NEW JERSEY 08360-3795

    4.    Paragraph Four of the First Count is hereby repeated and made Paragraph Four of this Count.

WHEREFORE, plaintiff, ROBERT J. MILLER, SR., demands judgment on this Count against the defendant, JOHN BARROSO TRUCKING and/or JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious names), for damages and costs of suit.

### THIRD COUNT

    1.    Paragraphs One through Four of the First Count and Paragraphs One through Four of the Second Count are hereby repeated and by this reference made a part hereof.

    2.    Plaintiff alleges that an insufficient amount of time has elapsed within which to determine other responsible persons, partnerships or corporations which may be responsible in whole or in part for the incident herein described. For the purpose of the within Complaint, said parties have been designated as "PETER POE, E&F PARTNERSHIP or ABC CORP. (fictitious names)", as any other owners, employers and/or any other responsible parties for the incident herein described. When and if the proper names of said individuals, firms or corporations become known, the proper names will be inserted herein and the Complaint amended accordingly.

    3.    PETER POE, E&F PARTNERSHIP or ABC CORP. (fictitious names), individually and by and through agents, servants or employees, acted in such a careless, reckless and negligent manner so as to cause same to fail to stop at a clear and visible red traffic light and collide with vehicle being operated by plaintiff, ROBERT J. MILLER, SR.

WHEREFORE, plaintiff, ROBERT J. MILLER, SR., demands judgment, on this Count, against the defendants, PETER POE, E&F PARTNERSHIP or ABC CORP. (fictitious names), for damages and costs of suit.

LIPMAN, ANTONELLI, BATT, GILSON, ROTHMAN & CAPASSO
A PROFESSIONAL CORPORATION
VINELAND, NEW JERSEY 08360-3795

## FOURTH COUNT

1. Paragraphs One and Two of the First Count are hereby repeated and made Paragraphs One and Two of this Count.

3. At said time and place, JUAN BARROSO was operating said commercial vehicle as the agent, servant or employee of defendant, RICHARD ROE, C&D PARTNERSHIP or RST CORP. (fictitious names).

4. The defendant, RICHARD ROE, C&D PARTNERSHIP or RST CORP. (fictitious names), by and through its agent, servant or employee, did so carelessly, recklessly and negligently operate motor vehicle so as to cause same to fail to stop at a clear and visible red traffic light and collide with vehicle being operated by plaintiff, ROBERT J. MILLER, SR.

5. Paragraph Four of the First Count is hereby repeated and made Paragraph Four of this Count.

WHEREFORE, plaintiff, ROBERT J. MILLER, SR., demands judgment, on this Count, against the defendants, RICHARD ROE, C&D PARTNERSHIP or RST CORP. (fictitious names), for damages and costs of suit.

## JURY DEMAND

Plaintiff demands a trial by jury in order to determine the factual issues of this case in accordance with the Rules of Court.

## DEMAND FOR ANSWERS TO UNIFORM INTERROGATORIES

Plaintiff demands answers to Uniform C and C(1) Interrogatories pursuant to Rule 4:17-1.

LIPMAN, ANTONELLI, BATT, GILSON, ROTHMAN & CAPASSO
A PROFESSIONAL CORPORATION
VINELAND, NEW JERSEY 08360-3795

## DESIGNATION OF TRIAL COUNSEL

Please be notified that, pursuant to Rule 4:25-4, Steven L. Rothman, Esquire is hereby designed as trial counsel in the above captioned litigation on behalf of the plaintiff.

## CERTIFICATION

I am unaware of any cause of action presently filed in the Superior Court arising out of the same facts as this Complaint.

                                      LIPMAN, ANTONELLI, BATT,
                                      GILSON, ROTHMAN & CAPASSO
                                      Attorneys for Plaintiff

                                      BY: _____
                                             Steven L. Rothman, Esq.

Dated: June 27, 2017

LIPMAN, ANTONELLI, BATT, GILSON, ROTHMAN & CAPASSO
A PROFESSIONAL CORPORATION
VINELAND, NEW JERSEY 08360-3795