IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| ROBERT J. MILLER, SR.<br>　　Plaintiff,<br><br>　　　　v.<br><br>JUAN BARROSO and JOHN<br>BARROSO TRUCKING and/or JOHN<br>DOE, A&B PARTNERSHIP or XYZ<br>CORP. (fictitious names) and/or<br>RICHARD ROE, C&D<br>PARTNERSHIP OR RST CORP.<br>(fictitious names) and/or PETER POE,<br>E&F PARTNERSHIP or ABC CORP.<br>(fictitious names)<br>　　Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 1:17-CV-07478<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed among counsel for Plaintiff Robert Miller and counsel for Defendants Juan Barroso and John Barros Trucking that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

LIPMAN ANTONELLI BATT GILSON
ROTHMAN & CAPASSO

By: _____
　　Steven L. Rothman, Esquire
　　Attorney for Plaintiff

Date: 11/16/2018

PISANO LAW FIRM

By: _____
　　Matthew T. Pisano, Esquire
　　Attorney for Defendants
　　Juan Barroso and John Barroso Trucking

Date: 12/5/18

**IT IS SO ORDERED**

_____
U.S.D.J.