IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| ROBERT J. MILLER, SR.<br>Plaintiff, | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 1:17-CV-07478 |
| JUAN BARROSO and JOHN BARROSO TRUCKING and/or JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious names) and/or RICHARD ROE, C&D PARTNERSHIP OR RST CORP. (fictitious names) and/or PETER POE, E&F PARTNERSHIP or ABC CORP. (fictitious names)<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed among counsel for Plaintiff Robert Miller and counsel for Defendants Juan Barroso and John Barros Trucking that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

LIPMAN ANTONELLI BATT GILSON ROTHMAN & CAPASSO

By: _____
Steven L. Rothman, Esquire
Attorney for Plaintiff

Date: 11/16/2018

PISANO LAW FIRM

By: _____
Matthew T. Pisano, Esquire
Attorney for Defendants
Juan Barroso and John Barroso Trucking

Date: 12/5/18

**IT IS SO ORDERED**

_____Noel L. Hillman_____
U.S.D.J.   Dec. 11, 2018