IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| ROBERT J. MILLER, SR.<br>Plaintiff,<br><br>vs.<br><br>JUAN BARROSO and JUAN BARROSO TRUCKING and/or JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious names) and/or RICHARD ROE, C&D PARTNERSHIP OR RST CORP. (fictitious names) and/or PETER POE, E&F PARTNERSHIP or ABC CORP, (fictitious names)<br>Defendants | CIVIL ACTION NO.: 1:17-cv-07478<br><br>KAREN M. WILLIAMS, U.S.M.J.<br><br>NOTICE OF DISMISSAL |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed as to defendants, JOHN DOE, A&B PARTNERSHIP or XYZ CORP. (fictitious names) and/or RICHARD ROE, C&D PARTNERSHIP OR RST CORP. (fictitious names) and/or PETER POE, E&F PARTNERSHIP or ABC CORP, (fictitious names), without costs against either party, with prejudice, no Answer having been filed by said defendants.

Dated:   January 7, 2019

So Ordered this 7th day of January, 2019
/s/ Noel L. Hillman
Hon. Noel L. Hillman, USDJ

LIPMAN, ANTONELLI, BATT,
GILSON, ROTHMAN & CAPASSO
Attorneys for Plaintiff

By: /s/
Steven L. Rothman, Esquire